ACCEPTED
04-15-00239-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/28/2015 5:05:23 PM
KEITH HOTTLE
CLERK

## No. 04-15-00239-CR

| | | |
|---|---|---|
| **STATE *of* TEXAS,** | § | **IN THE FOURTH DISTRICT** |
| *Appellant* | § | 4th COURT OF APPEALS |
| | § | SAN ANTONIO, TEXAS |
| *v.* | § | **COURT OF APPEALS** |
| | § | KEITH E. HOTTLE |
| | § | Clerk |
| **VICTORIA VELASQUEZ,** | § | |
| *Appellee* | § | **SAN ANTONIO, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/28/2015 5:05:23 PM
KEITH E. HOTTLE
Clerk

## STATE'S MOTION TO ABATE APPEAL AND REMAND CASES TO TRIAL COURT WITH ORDERS TO ENTER FINDINGS OF FACT AND CONCLUSIONS OF LAW

TO THE HONORABLE COURT OF APPEALS:

NOW COMES the State of Texas, by and through Nicholas "Nico" LaHood, Criminal District Attorney of Bexar County, Texas, and the undersigned assistant criminal district attorney, with the filing of this motion to abate. The State respectfully moves this Court to abate these appellate proceedings and remand this case to the trial court with orders to enter findings of fact and conclusions of law.

### I. Statement of the Case

Victoria Mari Velasquez, hereinafter referred to as Appellee, was charged by information with intentionally or knowingly possessing a usable quantity of marihuana (C.R. at 7). *See* TEX. HEALTH & SAFETY CODE § 481.121(a). The trial court signed an order suppressing evidence on April 13, 2015 (C.R. at 63). On April 14, 2015, the State requested findings of fact and conclusions of law (II R.R.

at 2). The appellate record currently contains no findings of fact or conclusions of law.

## II. Relief Requested

A trial court is obligated to enter findings of fact and conclusions of law upon a timely request from the nonprevailing party. *State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006). When a timely request is made and a trial court fails to enter findings of fact and conclusions of law, an appellate court must abate the appeal and remand the case back to the trial court. *State v. Elias*, 339 S.W.3d. 667, 680 (Tex. Crim. App. 2011); TEX. R. APP. P. 44.4(a). The State requested findings of fact and conclusions of law; however, the appellate record does not contain any findings or conclusions. Accordingly, the State requests that this appeal be abated and remanded to the trial court to enter findings of fact and conclusions of law.

To the trial court's credit, it appears from the clerk's record that it placed a sticky note on the file with instructions for "Brooke to prepare FOF + Con's of Law" (C.R. at 6). Brooke Bauman is a staff attorney for the Bexar County Courts at Law. The undersigned counsel believes that the trial court and its staff only require additional time for preparation and compliance with the State's request.

## III. Prayer

WHEREFORE, PREMISES CONSIDERED, the State prays the Court abate this appeal and remand this case to the trial court with orders to enter findings of fact and conclusions of law.

Respectfully submitted,

NICHOLAS "NICO" LAHOOD
*Criminal District Attorney*
Bexar County, Texas

/s/ *Nathan E. Morey*

NATHAN E. MOREY
*Assistant Criminal District Attorney*
State Bar No. 24074756
101 West Nueva, Suite 370
San Antonio, Texas 78205
Voice: (210) 335-2414
Fax: (210) 335-2436
Email: nathan.morey@bexar.org
*Attornesy for the State of Texas*

# CERTIFICATE OF SERVICE

I, Nathan E. Morey, Assistant Criminal District Attorney, Bexar County, Texas, hereby certify that a true copy of the above and foregoing Motion was mailed to Neil A. Calfas on Wednesday, April 29, 2015.

/s/ *Nathan E. Morey*

NATHAN E. MOREY
*Assistant Criminal District Attorney*
State Bar No. 24074756
101 West Nueva Street, Suite 370
San Antonio, Texas 78205
Voice: (210) 335-2414
Fax: (210) 335-2436
Email: nathan.morey@bexar.org
*Attorney for the State of Texas*

cc: NEIL A. CALFAS
 *Attorney at Law*
 State Bar No. 50511505
 540 South St. Mary's Street
 San Antonio, Texas 78205
 Voice: (210) 212-7766
 Fax: (210) 212-6969
 *Attorney for the Defendant/Appellee*